UNITED STATES of America,
Plaintiff–Appellee,

v.

Davin Jerome STEWART,
Defendant–Appellant.

No. 02–6675.

United States Court of Appeals,
Fourth Circuit.

Submitted July 25, 2002.

Decided Aug. 1, 2002.

Davin Jerome Stewart, Appellant Pro Se. Derk B.K. Van Raalte, IV, Office of the United States Attorney, Charleston, South Carolina, for Appellee.

Before WILKINS, MOTZ, and
TRAXLER, Circuit Judges.

PER CURIAM.

Davin Jerome Stewart seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2002). We have reviewed the record

and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Stewart,* Nos. CR–96–115; CA–01–2832–2–18 (D.S.C. Feb. 21, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*